### IN THE UNITED STATES BANKRUPTCY COURT OF ILLINOIS
### FOR THE NORTHERN DISTRICT
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-00600 |
| | ) | |
| Michael A. Urso | ) | Hon. Pamela S. Hollis |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| Michael A. Urso, | ) | Adv. No. 17-00275 |
| | ) | |
| Plaintiff | ) | Hon. Pamela S. Hollis |
| | ) | |
| v. | ) | |
| | ) | |
| Trac Intermodal, LLC | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S UNOPPOSED MOTION TO
### EXTEND THE TIME IN WHICH TO RESPOND TO
### THE ADVERSARY COMPLAINT AND FOR OTHER RELIEF

Trac Intermodal, LLC, ("Trac") by its attorneys, Elizer Law Group, LLC, hereby files its Unopposed Motion to Extend the Time in Which to Respond to the Adversary Complaint and For Other Relief ("Motion") pursuant to Local Rule 9013-9(B)(2) and, in support thereof, states as follows:

1. Plaintiff, Michael A. Urso ("Plaintiff") filed his Adversary Complaint on May 9, 2017.

2. Trac has been served; an appearance on behalf of the company has been filed contemporaneously with this Motion.

3. As of the time of the filing of this Motion, Trac's time in which to respond to the Adversary Complaint is unexpired.

4. Trac seeks an extension of time to respond to the Adversary Complaint, to June 29, 2017.

5. Undersigned counsel for Trac has consulted with counsel of record for Plaintiff, who does not object to the request for or the granting of the extension.

6. Additionally, this Adversary proceeding is currently assigned to the Joliet Court Location, however, for the convenience of the parties, witnesses, and attorneys, all counsel respectfully request that this matter be heard in the Eastern Division's Chicago Court Location.

7. This matter is presently set for status on June 23, 2017; to the extent that the parties' request for a transfer to the Chicago Court Location is granted, the parties respectfully request that an appropriate status date be set.

WHEREFORE, Trac Intermodal, LLC respectfully requests that this Honorable Court enter an order as follows:

A. Granting Defendant, Trac Intermodal, LLC an extension of the time to respond to the Adversary Complaint, to June 29, 2017;

B. Transferring further proceedings to the Eastern Division's Chicago Court Location;

C. Resetting the initial status date to a time convenient for the Court; and

      D.      For such other and further relief as this Honorable Court deems just and equitable under the circumstances.

                          Respectfully submitted:

                          Trac Intermodal, LLC

                          By:    /s/ Philip M. Novak
                                    One of its attorneys

Elizer Law Group, L.L.C.
5836 Lincoln Avenue, #200
Morton Grove, Illinois 60053
Tel:   (847)983-4343
Fax:  (847)983-0305
E:     pmnovak@elizerlaw.com