# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-00600 |
| | ) | |
| Michael A. Urso | ) | Hon. Pamela S. Hollis |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| _____ | ) | _____ |
| | ) | |
| Michael A. Urso | ) | Adv No. 17-00275 |
| | ) | |
| Plaintiff | ) | Hon. Pamela S. Hollis |
| | ) | |
| v. | ) | |
| | ) | |
| Trac Intermodal, LLC | ) | |
| | ) | |
| Defendant | ) | |

## Notice of Unopposed Motion

To: Philip M. Novak via CM/ECF

**PLEASE TAKE NOTICE** that on November 8, 2017 at 10:30am I shall appear before the Honorable Judge Pamela S. Hollis or any other judge sitting in her stead in courtroom 644 at 219 s. Dearborn St., Chicago, IL 60604 and there and then present the attached Rule 15 motion a copy of which is attached hereto.

By: */s/ Jonathan D. Parker*
Jonathan D. Parker

## Certificate of Service

I, Jonathan D. Parker, an attorney, hereby certify that I served a copy of this notice along with the aforementioned document upon the above parties by causing the same to be filed using this Court's CM/ECF system. All parties in interest are CM/ECF registrants and will receive electronic notice via this Court's CM/ECF system.

By: *Jonathan D. Parker*
Jonathan D. Parker

Attorney for the Plaintiff
Geraci Law LLC
55 E. Monroe St., #3400
Chicago, IL 60603
par@geracilaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 17-00600 |
| | ) | |
| Michael A. Urso | ) | Hon. Pamela S. Hollis |
| | ) | |
| Debtor, | ) | Chapter 7 |
| —————————————— | ) | —————————————— |
| Michael A. Urso | ) | Adv No. 17-00275 |
| | ) | |
| Plaintiff | ) | Hon. Pamela S. Hollis |
| | ) | |
| v. | ) | |
| | ) | |
| Trac Intermodal, LLC | ) | |
| | ) | |
| Defendant | ) | |

**<u>Plaintiff's Unopposed Rule 15 motion for leave to file an amended complaint</u>**

NOW COMES the plaintiff, Michael A. Urso, through his undersigned counsel and hereby moves this Court for leave to file a first amended complaint pursuant to Federal Rule of Civil Procedure 15 as made applicable to these proceedings via Federal Rule of Bankruptcy Procedure 7015 and in support thereof states as follows:

1. On May 9, 2017 the Plaintiff filed the instant adversary proceeding.

2. On June 29, 2017 the Defendant filed its answer.

3. In its answer the Defendant stated that Trac Intermodal, LLC is not the proper party-defendant and further stated that the proper party-defendant is Interpool Inc.

4. Interpool, Inc does business as Trac Intermodal.

5. Both Interpool, Inc and Trac Intermodal were served with a summons and complaint.

6. The Plaintiff now seeks to amend his complaint to name the proper party-defendant.

7. Counsel for the parties conferred via email on October 26, 2017 and counsel for the Defendant confirmed that this motion is unopposed. Counsel for the Defendant requested 21 days to answer or otherwise plead to the amended complaint.

WHEREFORE, the Plaintiff respectfully requests that this Court grant him leave to file a first amended complaint and grant the Defendant 21 days to answer or otherwise plead to the amended complaint.

Respectfully Submitted: <u>Michael A. Urso</u>

By: <u>/s/ Jonathan D. Parker</u>
Jonathan D. Parker

Attorney for Plaintiff
Geraci Law LLC
55 E. Monroe St., #3400
Chicago, IL 60604
Ph: 312-499-6201
Fax: 877-247-1960
Email: par@geracilaw.com