B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

__Northern__ District of __Illinois__

In re __Michael A. Urso__
       Debtor

*(Complete if issued in an adversary proceeding)*

Michael A. Urso
       Plaintiff

v.

Interpool, Inc. d/b/a Trac Intermodal
       Defendant

Case No. __17-00600__

Chapter __7__

Adv. Proc. No. __17-00275__

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: __Margaret Urso c/o Johnathan D. Parker, Geraci Law, LLC 55 E. Monroe Street, Suite 3400, Chicago, Il 60603__
*(Name of person to whom the subpoena is directed)*

[X] *Production*: YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attached Rider

| PLACE  Elizer Law Group, LLC<br>5836 Lincoln Ave, Suite 200<br>Morton Grove, IL 60053 | DATE AND TIME<br>2/13/18  1:00 p.m. |
|---|---|

[ ] *Inspection of Premises*: YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|   |   |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __1/18/2018__

CLERK OF COURT

_____     OR     _____
Signature of Clerk or Deputy Clerk              Attorney's signature

The name, address, email address, and telephone number of the attorney representing *(name of party)* Interpool, Inc., __Philip M. Novak__, who issues or requests this subpoena, are:

5836 Lincoln Ave #200, Morton Grove, IL 60054, (847) 983-4343, pmnovak@elizerlaw.com

Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information concerning attempted service, etc.:

## RIDER TO SUBPOENA

1. Any and all e-mails, text messages, letters, or other written communications sent to Michael A. Urso, or sent from Michael A. Urso to you regarding any facet of his employment with RB Express at any time, plus any e-mails, text messages, letters, or other written communications sent to or received from any person related to Michael A. Urso's use or abstention of alcohol, emotional distress or mental anguish.

2. Bank statements, including check copies and deposit receipts for any account in your possession or control for the period from January 1, 2016 through the date of production for any account on which any check or electronic payment made payable to Michael A. Urso was deposited.