B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

__Northern__ District of __Illinois__

In re __Michael A. Urso__
Debtor

Case No. __17-00600__

*(Complete if issued in an adversary proceeding)*

__Michael A. Urso__
Plaintiff

Chapter __7__

v.

__Interpool, Inc. d/b/a Trac Intermodal__
Defendant

Adv. Proc. No. __17-00275__

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: __Yusen Logistics (Americas), Inc., Attention: Registered Agent: Illinios Corporation Service 801 Adlai Stevenson Drive, Springfield, IL 62703__
*(Name of person to whom the subpoena is directed)*

[X] *Production*: YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: __See Attached Rider__

| PLACE Elizer Law Group, LLC 5836 Lincoln Ave, Suite 200 Morton Grove, IL 60053 | DATE AND TIME 2/13/18  1:00 p.m. |
|---|---|

[ ] *Inspection of Premises*: YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __1/18/2018__

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*            OR            *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* __Interpool, Inc.__, __Philip M. Novak__, who issues or requests this subpoena, are:
__5836 Lincoln Ave #200, Morton Grove, IL 60054, (847) 983-4343, pmnovak@elizerlaw.com__

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Case 17-00275    Doc 29    Filed 01/18/18    Entered 01/18/18 15:18:48    Desc Main
Document    Page 2 of 3

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or to Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information concerning attempted service, etc.:

## RIDER TO SUBPOENA

1. Any and all records relating to contracts, purchase orders, jobs, or other arrangements for work to be performed by Michael A. Urso, or any company he is or was known by you to be involved, plus RB Express, Inc. from 2012 to the date of production.

2. Any and all invoices paid or submitted, and copies of payments sent or received, to Michael A. Urso, or any company he is or was known by you to be involved, plus RB Express, Inc. from 2012 to the date of production.

3. Any and all communications sent to or received from Michael A. Urso, Raul Barrera, Jr. or Raul Barrera, Sr. from 2012 to the date of production.