# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-00600 |
| | ) | |
| Michael A. Urso | ) | Hon. Pamela S. Hollis |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| _____ | ) | _____ |
| | ) | |
| Michael A. Urso | ) | Adv No. 17-00275 |
| | ) | |
| Plaintiff | ) | Hon. Pamela S. Hollis |
| | ) | |
| v. | ) | |
| | ) | |
| Interpool, Inc d/b/a Trac Intermodal | ) | |
| | ) | |
| Defendant | ) | |

## Notice of Unopposed Motion

To: Philip M. Novak via email at pmnovak@elizerlaw.com

**PLEASE TAKE NOTICE** that on February 8, 2018 at 10:00am, I shall appear before the Honorably Chief Judge Pamela S. Hollis or any other judge sitting in her stead in courtroom 644 at 219 S. Dearborn St., Chicago, IL 60604 and there and then present the attached motion for agreed rule 26(c)(1) protective order a copy of which is attached hereto.

/s/ *Jonathan D. Parker*
Jonathan D. Parker

## Certificate of Service

I, Jonathan D. Parker, an attorney, hereby certify that I served a copy of this notice along with the aforementioned document upon the above party by email at the above noted address. In addition, all parties in interest are CM/ECF registrants and will receive electronic notice via this Court's CM/ECF system.

/s/ *Jonathan D. Parker*
Jonathan D. Parker

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-00600 |
| | ) | |
| Michael A. Urso | ) | Hon. Pamela S. Hollis |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| Michael A. Urso | ) | Adv No. 17-00275 |
| | ) | |
| Plaintiff | ) | Hon. Pamela S. Hollis |
| | ) | |
| v. | ) | |
| | ) | |
| Interpool, Inc d/b/a Trac Intermodal | ) | |
| | ) | |
| Defendant | ) | |

### Motion for Agreed Rule 26(c)(1) Protective Order

NOW COMES the Plaintiff, Michael A. Urso, through his undersigned counsel and hereby moves this Court for the entry of an agreed protective order and in support thereof states as follows:

1. The Plaintiff in this case seeks both economic and hedonic damages stemming from alleged violations of the automatic stay and tortious interference with his employment contract.

2. As a result, the Defendant has subpoenaed a significant number of tax and other potentially confidential records from the Plaintiff and from third parties. Although the Plaintiff does not object to the production of these documents, the parties agree that these documents (especially those originating from third parties) is not properly put into the public record.

3. In addition, the Defendant is seeking the production of the Plaintiff's medical and mental health records. Although the parties are still engaging in the required meet and confer regarding these requests, the Plaintiff's position is that if any such records are produced, that they can only be produced if there is a confidentiality order in place.

4. For these reasons, the Plaintiff asked the Defendant to agree to enter into the District Court's model confidentiality order. The Defendant agreed that it was fair and reasonable to enter into the District Court's model order. The Parties then each proposed redline changes to that order and have reached an agreement that is acceptable to each side.

5. That redlined copy is attached hereto as Exhibit A and a clean copy is attached hereto as Exhibit B.

WHEREFORE, the Plaintiff, Michael A. Urso, respectfully requests that this Court enter an agreed confidentiality order similar to that attached as Exhibit B to this motion or for such other relief as this Court deems just and proper.

Respectfully Submitted: Michael A. Urso

By: /s/ Jonathan D. Parker
Jonathan D. Parker

Attorney for Plaintiff
Geraci Law LLC
55 E. Monroe St., #3400
Chicago, IL 60604
Ph: 312-499-6201
Fax: 877-247-1960
Email: par@geracilaw.com