**IN THE UNITED STATES BANKRUPTCY COURT OF ILLINOIS
FOR THE NORTHERN DISTRICT
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-00600 |
| | ) | |
| Michael A. Urso | ) | Hon. Pamela S. Hollis |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| Michael A. Urso, | ) | Adv. No. 17-00275 |
| | ) | |
| Plaintiff | ) | Hon. Pamela S. Hollis |
| | ) | |
| v. | ) | |
| | ) | |
| Interpool, Inc. d/b/a Trac Intermodal | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To: Johnathan D. Parker
Dale A. Riley
Attorneys for Plaintiff
Geraci Law, LLC
55 E. Monroe St., Suite 3400
Chicago, IL 60603
ndil@geracilaw.com

PLEASE TAKE NOTICE that, on March 15, 2018, at 10:00 a.m. I shall appear before the Honorable Judge Pamela S. Hollis or any other judge sitting in her stead in Courtroom 644 of Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached motion, **Plaintiff, Michael A. Urso and Defendant, Interpool, Inc. d/b/a Trac Intermodal's Joint Motion to Extend Fact Discovery**, a copy of which is attached and hereby served upon you.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the forgoing notice and motion was electronically served on

>Johnathan D. Parker
>Dale A. Riley
>Attorneys for Plaintiff
>Geraci Law, LLC
>55 E. Monroe St., Suite 3400
>Chicago, IL 60603
>ndil@geracilaw.com

as parties registered with the Court's CM/ECF filing system on March 6, 2018.

/s/ Philip M. Novak
Philip M. Novak

Elizer Law Group, L.L.C.
5836 Lincoln Avenue, #200
Morton Grove, Illinois 60053
Tel:    (847)983-4343
Fax:    (847)983-0305
E:      pmnovak@elizerlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT OF ILLINOIS
## FOR THE NORTHERN DISTRICT
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-00600 |
| | ) | |
| Michael A. Urso | ) | Hon. Pamela S. Hollis |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| Michael A. Urso, | ) | Adv. No. 17-00275 |
| | ) | |
| Plaintiff | ) | Hon. Pamela S. Hollis |
| | ) | |
| v. | ) | |
| | ) | |
| Interpool, Inc. d/b/a Trac Intermodal | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF, MICHAEL A. URSO AND DEFENDANT, INTERPOOL, INC. d/b/a TRAC INTERMODAL'S JOINT MOTION TO EXTEND FACT DISCOVERY**

Interpool, Inc. d/b/a Trac Intermodal, by its attorneys, Elizer Law Group, LLC, and Plaintiff, Michael A. Urso, by his attorneys Geraci Law, LLC hereby moves this Honorable Court to extend the deadline for completion of fact discovery and, in support thereof, state as follows:

1. Plaintiff, Michael A. Urso ("Plaintiff") filed his Adversary Complaint on May 9, 2017 and his Amended Adversary Complaint on November 8, 2017.

2. On November 8, 2017, this Honorable Court entered an order providing for an extension of the completion date for fact discovery to March 30, 2018, and further ordered that All Rule 702 experts shall be disclosed on or before April 30, 2018. A copy of the November 8, 2017 order is attached as Exhibit A.

3. The parties have been diligently proceeding with fact discovery since that time, including responding to additional interrogatories, completing and supplementing interrogatory responses and document productions, negotiating and moving the Court to enter a protective order, and have proceeded with two depositions of Defendant's witnesses.

4. Further, Plaintiff was scheduled to take the deposition of two additional defense witnesses on March 7, 2018, however the depositions have been rescheduled due to the prediction of severe inclement weather on the East Coast.

5. On January 18, 2018, the Clerk of the Court issued seven (7) Subpoenas Duces Tecum at the request of Defendant.

6. The Subpoenas required production of documents by February 13, 2018.

7. Although none of the Subpoena Respondents timely answered, defense counsel represents that, as of the date of filing of this motion, three Subpoena Responses, from RB Express, Inc., Yusen Logistics (Americas), Inc., and CMA CGM (America), LLC are fully outstanding and one Respondent, Arrow Marine Transport, is expected to supplement its production.

8. Contemporaneously with the filing of this Motion, Defendant intends to file a Motion to Compel against RB Express, Inc. due to its failure to respond to the Subpoena.

9. Yusen Logistics (Americas), Inc. has filed a Motion to Quash Subpoena or, in the Alternative, for a Modified Protective Order, which is scheduled for hearing on March 15, 2018.

10. Defense counsel represents that CMA CGM (America), LLC has been in close contact with defense counsel, and its production is expected imminently.

11. Defendant maintains that the documentation expected to be produced in response to the outstanding Subpoenas is necessary in order for Defendant to proceed with oral discovery in this matter.

12. Based upon the foregoing, the parties request that this Honorable Court reset the fact discovery closure to June 29, 2018 and the deadline for disclosure of experts to July 31, 2018.

13. At this time, no trial date has been set. Therefore, extending the discovery schedule will not impact the trial date in this matter.

WHEREFORE, Defendant, Interpool, Inc. d/b/a Trac Intermodal, and Plaintiff, Michael A. Urso, respectfully request that this Honorable Court enter an order as follows:

A. Granting this Motion and resetting the closure of fact discovery to June 29, 2018, with experts to be disclosed by July 31, 2018; and

B. For such other and further relief as this Honorable Court deems just and equitable under the circumstances.

Respectfully Submitted:

/s/ Jonathan D. Parker
Geraci Law LLC
55 E. Monroe St. #3400
Chicago, IL 60603
Tel: 312-499-6201
par@geracilaw.com

/s/ Philip M. Novak
Elizer Law Group
5836 Lincoln Ave. #200
Morton Grove, IL 60053
Tel:847-983-4343
pmnovak@elizerlaw.com


Elizer Law Group, L.L.C.
5836 Lincoln Avenue, #200
Morton Grove, Illinois 60053
Tel:   (847)983-4343
Fax:   (847)983-0305
E:     pmnovak@elizerlaw.com

5