**IN THE UNITED STATES BANKRUPTCY COURT OF ILLINOIS**
**FOR THE NORTHERN DISTRICT**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-00600 |
| | ) | |
| Michael A. Urso | ) | Hon. Pamela S. Hollis |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| | ) | |
| Michael A. Urso, | ) | Adv. No. 17-00275 |
| | ) | |
| Plaintiff | ) | Hon. Pamela S. Hollis |
| | ) | |
| v. | ) | |
| | ) | |
| Interpool, Inc. d/b/a Trac Intermodal | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   **VIA CM/ECF**
Johnathan D. Parker                **VIA OVERNIGHT MAIL AND E-MAIL**
Dale A. Riley                      RB Express, Inc.
Attorneys for Plaintiff            Attention: Registered Agent,
Geraci Law, LLC                    Raul Barrera, Jr.
55 E. Monroe St., Suite 3400       9431 74th Street
Chicago, IL 60603                  Kenosha, Wisconsin 53142
ndil@geracilaw.com                 raulbarrerajr@rbexpressinc.com

PLEASE TAKE NOTICE that, on March 15, 2018, at 10:00 a.m. I shall appear before the Honorable Judge Pamela S. Hollis or any other judge sitting in her stead in Courtroom 644 of Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present **Defendant, Interpool, Inc. d/b/a Trac Intermodal's Motion to Compel Production by Subpoena Respondent, RB Express, Inc.**, a copy of which is attached and hereby served upon you.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on March 6, 2018, a copy of the forgoing notice and pleading were electronically served Court's CM/ECF filing system on:

>Johnathan D. Parker
>Dale A. Riley
>Attorneys for Plaintiff
>Geraci Law, LLC
>55 E. Monroe St., Suite 3400
>Chicago, IL 60603
>ndil@geracilaw.com

and served via overnight mail and e-mail on:

>RB Express, Inc.
>Attention: Registered Agent,
>Raul Barrera, Jr.
>9431 74th Street
>Kenosha, Wisconsin 53142
>raulbarrerajr@rbexpressinc.com

.

                                                      /s/ Philip M. Novak
                                                         Philip M. Novak

Elizer Law Group, L.L.C.
5836 Lincoln Avenue, #200
Morton Grove, Illinois 60053
Tel:   (847)983-4343
Fax:  (847)983-0305
E:     pmnovak@elizerlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT OF ILLINOIS
FOR THE NORTHERN DISTRICT
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-00600 |
| | ) | |
| Michael A. Urso | ) | Hon. Pamela S. Hollis |
| | ) | |
| Debtor, | ) | Chapter 7 |
| _____ | ) | |
| | ) | |
| Michael A. Urso, | ) | Adv. No. 17-00275 |
| | ) | |
| Plaintiff | ) | Hon. Pamela S. Hollis |
| | ) | |
| v. | ) | |
| | ) | Set for: March 15, 2018 at |
| Interpool, Inc. d/b/a Trac Intermodal | ) | 10:00 a.m. |
| | ) | |
| Defendant. | ) | |

**DEFENDANT, INTERPOOL, INC. d/b/a TRAC INTERMODAL'S MOTION TO COMPEL PRODUCTION BY SUBPOENA RESPONDENT, RB EXPRESS, INC.**

Interpool, Inc. d/b/a Trac Intermodal ("Trac"), by its attorneys, Elizer Law Group, LLC, hereby moves this Honorable Court to compel the production of documents by Subpoena Respondent, RB Express, Inc. pursuant to Federal Rule of Civil Procedure 45 and, in support thereof, state as follows:

1. On January 18, 2018, at the request of Trac, the Clerk of the Court issued a Subpoena Duces Tecum directed to RB Express, Inc ("RB Express"). A copy of the Subpoena and Rider is attached as Exhibit A.

2. The Subpoena required production of documents by February 13, 2018.

3

3.     The Subpoena was served by certified mail, and was received by RB Express on January 26, 2018. A copy of the Certified Mailing Receipt and the USPS Tracking information is attached as Exhibit B.

4.     Pursuant to Federal Rule of Civil Procedure 45, the Subpoena properly required "production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person." (FRCP 45(c)(2)).

5.     As of the date of filing of this Motion, undersigned counsel has not received any objection to the Subpoena from RB Express, let alone a timely objection pursuant to Federal Rule of Civil Procedure 45(d)(2)(B).

6.     To wit, RB Express has apparently completely ignored the Subpoena, despite calls from undersigned counsel to follow up and request compliance.

7.     Federal Rule of Civil Procedure 45 states, in pertinent part, as follows:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

* * *

(g) Contempt. The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

* * *

FRCP 45(d)(2)(B)(i) & FRCP 45(g).

4

8. Pursuant to the foregoing, Trac requests that this Honorable Court enter an Order compelling Subpoena Respondent, RB Express, Inc. to respond to the Subpoena within fourteen (14) days, and ordering that failure to faithfully comply with the Subpoena and Order will be punishable by Contempt at the Court's discretion upon the filing of a successive motion. A proposed order is attached as Exhibit C.

WHEREFORE, Defendant, Interpool, Inc. d/b/a Trac Intermodal, respectfully requests that this Honorable Court enter an order as follows:

A. Compelling Subpoena Respondent, RB Express, Inc. to respond to the Subpoena within fourteen (14) days;

B. Ordering that failure to faithfully comply with the Subpoena and Order will be punishable by Contempt at the Court's discretion upon the filing of a successive motion; and

C. For such other and further relief as this Honorable Court deems just and equitable under the circumstances.

Respectfully Submitted:

INTERPOOL, INC. d/b/a TRAC INTERMODAL


/s/ Philip M. Novak
One of its Attorneys


Elizer Law Group, L.L.C.
5836 Lincoln Avenue, #200
Morton Grove, Illinois 60053
Tel:    (847)983-4343
Fax:   (847)983-0305
E:      pmnovak@elizerlaw.com